UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE:

Robert John Stevens.                :       CHAPTER 7
    Debtor                          :       CASE NO. 04-30103 (lmw)
                                    :
                                    :       January 19, 2004

## APPEARANCE

TO:   U.S. Bankruptcy Court
      District of Connecticut, New Haven Division
      157 Church St., 18th Fl.
      New Haven, CT 06510

   Please enter my Appearance as attorney for the creditor, SATURN PROPERTIES LLC AND 173 ASHLEY LLC, in the above referenced matter and to notify all parties to send all further copies of motions, plans, appearances and other pleadings to:

Mark L. Bergamo, Esq.
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510
Fed. Bar No. ct090099

Mark L. Bergamo
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510
Fed. Bar No. ct090099
TEL 203-787-5885

1

## CERTIFICATION

I HEREBY CERTIFY that a copy of the Appearance was mailed, first class, postage prepaid, on January 19, 2004 to the following:

Office of the U. S. Trustee
One Century Tower, Suite 1103
265 Church St.
New Haven, CT 06510

**Richard Belford, Esq.
9 Trumbull St.**
New Haven, CT 06511
(Trustee)

Steven Walsh, Esq.
Carbonella and Walsh
2572 Whitney Ave.
P.O. Box 18506
Hamden, CT 06518
(attorneys for Debtor)

Robert John Stevens
5 Homeside Ave.
West Haven, CT 06516
(Debtor-In-Possession)

By:_____
Mark L. Bergamo

2